**Affirmed as Modified and Supplemental Opinion filed December 16, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00800-CV

## ANA LISA MINES, PERSONAL REPRESENTATIVE OF THE ESTATE OF JORGE LUIS MINES, AND OLD AMERICAN MUTUAL FIRE INSURANCE COMPANY, Appellants

### V.

### KENON  D. MURPHY, Appellee

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2013-66594**

### SUPPLEMENTAL OPINION ON REMITTITUR

On November 23, 2021, we suggested a remittitur of $7,000 of the future medical care expenses awarded to appellee Kenon D. Murphy in the trial court's judgment.  Tex. R. App. P. 46.3.  We stated that if appellee Kenon D. Murphy timely filed the remittitur with the clerk of this court, we would render judgment modifying the trial court's judgment to reflect an award of $3,000 in future

medical care expenses and affirming the trial court's judgment as modified. *Id*.

Appellee Kenon D. Murphy timely filed the suggested remittitur. Accordingly, we vacate our judgment dated November 23, 2021, and render judgment modifying the trial court's judgment to reform it to reflect the $7,000 remittitur and affirming the trial court's judgment as modified. Tex. R. App. P. 43.2(b), 46.3.


/s/　　Ken Wise
　　　　Justice


Panel consists of Chief Justice Christopher and Justices Wise and Zimmerer.